**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

Jane Doe, *on behalf of herself and all others similarly situated*,

$\qquad\qquad$ Plaintiff,

$\qquad$ v.

The Kroger Co.,

$\qquad\qquad$ Defendant.

Case No. 1:23-cv-00750-MRB-SKB

### JOINT STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT

Plaintiff Jane Doe ("Plaintiff") and Defendant The Kroger Co. ("Defendant") stipulate under Local Rule 6.1 to extend Defendant's time to respond to the Class Action Complaint ("Complaint," Dkt. 1) for 21 days, through and including December 27, 2023, showing as follows:

1. Plaintiff filed the Complaint on November 13, 2023. Dkt. 1.

2. Defendant was served with the Complaint on November 15, 2023.

3. Under Local Rule 6.1, the Parties have agreed and stipulated to a 21-day extension of Defendant's deadline to respond to the Complaint, through and including December 27, 2023.

4. There have been no prior extensions of Defendant's deadline to respond to the Complaint.

Respectfully submitted this 8th day of December, 2023.


*/s/ Joseph M. Lyon*
Joseph M. Lyon (OH Bar #76050)
Kevin M. Cox (OH Bar #99584)
**THE LYON FIRM**
2754 Erie Avenue
Cincinnati, OH 45208
Telephone: (513) 381-2333

*/s/ Gregory A. Ruehlmann, Jr.*
Gregory A. Ruehlmann, Jr. (OH Bar #93071)
Phyllis B. Sumner*
Robert D. Griest*
**KING & SPALDING LLP**
1180 Peachtree Street, N.E.
Atlanta, Georgia 30309

Facsimile: (513) 766-9011
jlyon@thelyonfirm.com
kcox@thelyonfirm.com

Philip J. Krzeski (OH Bar #0095713)
Bryan L. Bleichner (*Pro Hac Vice* forthcoming)
**CHESTNUT CAMBRONNE PA**
100 Washington Avenue South, Suite 1700
Minneapolis, MN 55401
Telephone: (612) 339-7300
Facsimile: (612) 336-2940
bbleichner@chestnutcambronne.com
pkrzeski@chestnutcambronne.com

*Attorneys for Plaintiff Jane Doe
and the Proposed Class*

Telephone: (404) 572-4600
Facsimile: (404) 572-5140
gruehlmann@kslaw.com
psumner@kslaw.com
rgriest@kslaw.com

Zachary Fardon*
**KING & SPALDING LLP**
110 N. Wacker Drive
Suite 3800
Chicago, IL  60606
Telephone: (312) 995-6333
Facsimile: (312) 995-6330
zfardon@kslaw.com

**Pro Hac Vice* Forthcoming

*Attorneys for Defendant The Kroger Co.*

**<u>CERTIFICATE OF SERVICE</u>**

The undersigned hereby certifies that, on December 8, 2023, a copy of the foregoing Joint Stipulation to Extend Time to Respond to Complaint was filed electronically with the Court's CM/ECF system, which will send notification to all attorneys registered to receive such service. Parties may access this filing through the Court's electronic filing system.

*/s/ Gregory A. Ruehlmann, Jr.*